# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN FRANKEL, | : | |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-0093 |
| | : | |
| HONORABLE JOHN D. KESSLER, *et al.*, | : | |
|    *Defendants*. | : | |

## ORDER

AND NOW, this 21st day of January, 2021, upon consideration of Plaintiff Martin Frankel's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion for an Emergency Temporary Restraining Order (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Motion for an Emergency Temporary Restraining Order is **DENIED.**

5. The Clerk of Court shall **CLOSE** this case.

                                                    **BY THE COURT:**

                                                    */s/ Gerald J. Pappert*
                                                    **GERALD J. PAPPERT, J.**